IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL INSURANCE NETWORK, (NIN); and ROBERT S. ZIMNY,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CONTINENTAL GENERAL INSURANCE COMPANY, GREAT AMERICAN FINANCIAL RESOURCES, Incorporated; GREAT AMERICAN INSURANCE COMPANY, AMERICAN FINANCIAL GROUP,<br><br>            Defendants. | **8:13CV382**<br><br>**ORDER** |

The parties requested coordination of expert witness deadlines with the following cases (8:13cv383, 8:13cv381, 8:13cv382, 8:13cv385). The motion is granted.

IT IS ORDERED:

1) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):    February 13, 2015.
        For the defendant(s):    April 6, 2015.

2) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):    March 31, 2015.
        For the defendant(s):    May 22, 2015.

Dated this 20th day of January, 2015

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge