IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL INSURANCE NETWORK, (NIN); and ROBERT S. ZIMNY,<br><br>           Plaintiffs,<br><br>    vs.<br><br>CONTINENTAL GENERAL INSURANCE COMPANY, et al.,<br><br>           Defendants. | **8:13CV382**<br><br>**ORDER** |
| RANDY DODDS, BUSINESS ANALYSIS, LTD.,<br><br>           Plaintiffs,<br><br>    vs.<br><br>CONTINENTAL GENERAL INSURANCE COMPANY, et al.,<br><br>           Defendants. | **8:13CV383** |
| UNITED SENIORS ALLIANCE, THURMAN J. PARRISH,<br><br>           Plaintiffs,<br><br>    vs.<br><br>CONTINENTAL GENERAL INSURANCE COMPANY, et al.,<br><br>           Defendants. | **8:13CV385** |

At the parties' request,

IT IS ORDERED:

1) Progression of the above captioned cases is stayed pending the outcome of alternative dispute resolution and further order of the court.

2) A telephonic status conference is set for February 23, 2016 at 10:00 a.m. to discuss the outcome of the parties' settlement discussions and, if necessary, further case progression.

August 11, 2015.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge